**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LINDA RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-12-0085-HE |
| | ) | |
| FARMERS INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to defendant's offer of judgment under Fed. R. Civ. P. 68, and plaintiff's acceptance of the same, judgment is entered in favor of plaintiff and against defendant Farmers Insurance Company, Inc. in the amount of $260,000.00, inclusive of all costs, interest, and attorneys' fees incurred by plaintiff.

**IT IS SO ORDERED**.

Dated this 27th day of March, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE